## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**RICARDO LONGORIA**            v.   **DORA B. SCHRIRO, et al.**

THE HONORABLE JOHN W. SEDWICK            CASE NO. 2:07-cv-1957  (JJWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  July 14, 2008

---

Respondents filed a motion to dismiss this case at docket 12.  In a report at docket 14, the magistrate judge advises that claims 1, 2, 3, and 4 of the petition are barred as successive and advanced without the requisite approval of the circuit court.  However, she recommends that this court hold disposition of the motion in abeyance for two weeks to afford petitioner a chance to file an amended petition containing only claim 5, should he determine that he wishes to do so.  No party has filed objections to the report.

In a matter such as this one, the district court reviews the recommended findings of fact as to which no objection is taken for clear error and reviews all recommended conclusions of law *de novo*.  Applying that standard here, the court finds that the recommendations from the magistrate judge are all correct.  Accordingly, further proceedings on the motion to dismiss will be held in abeyance until August 1, 2008, to afford petitioner an opportunity to evaluate whether he wishes to file an amended petition advancing only claim 5.  Any amended petition must be filed by August 1, 2008.  If petitioner fails to file either such an amended petition or an authorization from the court of appeals to pursue successive claims, the existing petition will be dismissed for lack of jurisdiction.