# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*RICARDO LONGORIA*    v.    *DORA B. SCHRIRO, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 2:07-cv-1957  (JJWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  January 6, 2009

Petitioner Longoria filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 at docket 16.   The matter was fully briefed, and Magistrate Judge Edmonds has filed a report at docket 25 in which she recommends that the petition be dismissed for failure to state a cognizable claim.  No objections have been filed.

In a matter of this type, the district court reviews the magistrate judge's recommended findings of fact as to which an objection is taken and all of her recommended conclusions of law *de novo*.  The district court reviews all recommended findings of fact as to which no objection is taken for clear error.  Having applied those standards here, this court finds that the recommendations by Magistrate Judge Edmonds are correct in all material respects.  This court adopts her recommended findings and conclusions.  Based thereon, the petition at docket 16 is **DENIED**.